**Below is the Order of the Court.**



_Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No. 24-42386-MJH |
| JENNIFER LEE KERSTING, | |
| Debtor. | |
| JENNIFER L. KERSTING, | |
| Plaintiff | |
| v. | Adversary No. 25-04007-MJH |
| UNITED STATED DEPARTMENT OF EDUCATION, | |
| Defendant. | **ORDER ON ORDER TO SHOW CAUSE AND ORDER OF DISMISSAL** |

On September 5, 2025, the Court issued an order to show cause order as to why this matter should not be dismissed for lack of prosecution, ordering Jennifer Kersting, pro se Plaintiff, to (1) appear on October 16, 2025, at 9:00 a.m., to provide the Court with a status regarding this matter, and (2) request a new summons and serve the U.S. Attorney on or before October 9, 2025.

A status conference previously was held on May 22, 2025, at which time deficient service was discussed. Plaintiff was referred to Fed. R. Bankr. P. 7004(b) and directed to

look specifically at who needs to be served in addition to the United States Department of Education and to provide service accordingly. The certificates of service filed on June 20, 2025, by the Plaintiff, pursuant to Fed. R. Bankr. P. 7004(b) referencing the U.S. Attorney for the Western District of Washington does not appear to be directed to the U.S. Attorney who is located in Seattle, but rather to the Attorney General located in Olympia.

The Plaintiff failed to appear at the hearing on October 16, 2025. Further, the Plaintiff has failed to serve the U.S. Attorney as required under Fed. Rule Bankr. P. 7004(b)(4). Accordingly, it is hereby

**ORDERED** that the case is dismissed without prejudice for lack of prosecution.

/ / / End of Order / / /

ORDER ON ORDER TO SHOW CAUSE AND ORDER OF DISMISSAL – 2