United States Bankruptcy Court

Western District of Washington

Kersting,

    Plaintiff

United States Department of Education,

    Defendant

Adv. Proc. No. 25-04007-MJH

# CERTIFICATE OF NOTICE

| District/off: 0981-3 | User: admin | Page 1 of 1 |
| --- | --- | --- |
| Date Rcvd: Oct 16, 2025 | Form ID: pdfltd | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| pla | + Jennifer L Kersting, 10312 Northeast 65th Ave, Vancouver, WA 98686-7005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025      Signature:      /s/Gustava Winters



**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

JENNIFER LEE KERSTING,

        Debtor.

Case No. 24-42386-MJH

JENNIFER L. KERSTING,

        Plaintiff

    v.

UNITED STATED DEPARTMENT OF

EDUCATION,

        Defendant.

Adversary No. 25-04007-MJH

**ORDER ON ORDER TO SHOW**

**CAUSE AND ORDER OF DISMISSAL**

On September 5, 2025, the Court issued an order to show cause order as to why this matter should not be dismissed for lack of prosecution, ordering Jennifer Kersting, pro se Plaintiff, to (1) appear on October 16, 2025, at 9:00 a.m., to provide the Court with a status regarding this matter, and (2) request a new summons and serve the U.S. Attorney on or before October 9, 2025.

A status conference previously was held on May 22, 2025, at which time deficient service was discussed. Plaintiff was referred to Fed. R. Bankr. P. 7004(b) and directed to

ORDER ON ORDER TO SHOW CAUSE AND ORDER OF DISMISSAL – 1

look specifically at who needs to be served in addition to the United States Department of Education and to provide service accordingly. The certificates of service filed on June 20, 2025, by the Plaintiff, pursuant to Fed. R. Bankr. P. 7004(b) referencing the U.S. Attorney for the Western District of Washington does not appear to be directed to the U.S. Attorney who is located in Seattle, but rather to the Attorney General located in Olympia.

The Plaintiff failed to appear at the hearing on October 16, 2025. Further, the Plaintiff has failed to serve the U.S. Attorney as required under Fed. Rule Bankr. P. 7004(b)(4). Accordingly, it is hereby

**ORDERED** that the case is dismissed without prejudice for lack of prosecution.

/ / / End of Order / / /

ORDER ON ORDER TO SHOW CAUSE AND ORDER OF DISMISSAL – 2